UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY D. EASLEY,

    Plaintiff,

    v.

COUNTY OF SANTA CLARA, et al.,

    Defendants.
_____/

No. C 10-5635 PJH

**ORDER TRANSFERRING ACTION**

Pursuant to Civil Local Rule 3-2, the court finds that the above-entitled action was not assigned to the proper division within this district. The action is hereby transferred to the San Jose division, which is the division serving the county in which the action arises. See Civil L.R. 3-2(c), (h).

**IT IS SO ORDERED.**

Dated: February 8, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge