Gary Easley
18525 Old Monterey Rd.
Morgan Hill, California
95037
1-408-722-6298

FILED

2011 APR 11  A 11: 34

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

IT IS SO ORDERED

*James Ware*
Judge James Ware

4/13/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE MATTER OF:

GARY D. EASLEY.(*Pro Se*)
                Plaintiff,

        V.

COUNTY OF SANTA CLARA.
BOARD OF SUPERVISORS
FOR THE COUNTY OF SANTA
CLARA. (KEN YEAGER).
SANTA CLARA COUNTY SHERIFF
DEPARTMENT.
DIRECTOR OF SANTA CLARA
COUNTY SHERIFF DEPT..
DEPUTY GERHARD WALLACE.
LAURIE SMITH.

                *Defendants.*

Case No.

C 10-5635 JW

NOTICE OF VOLUNTARY
REMOVAL OF DEFENDANT
CITY OF SAN JOSE
FROM THIS CIVIL ACTION.

1.)  Comes now, in the United States District Court for the

Northern District of California, the Plaintiff, Gary Easley, on

his own behalf. The Plaintiff hereby files this motion which

voluntarily removes from this lawsuit, the Defendant, City of San

Jose. Plaintiff declares that the City of San Jose has not filed

an answer or motion for summary judgment in this action. The

City of San Jose is hereby no longer being sued in this action.

(1)

original

## CERTIFICATE OF SERVICE

1   I, Gary Easley, am the Plaintiff in the above entitled

2   action. I am over the age of 18. I hereby swear that everything

3   contained within this document is the truth. On the date listed

4   below, I personally delivered, a true copy of this document

5                                                       to the Clerk of the United

6

7   States District Court located at 280 South 1st Street, San Jose,

8   CA - 95113, along with a copy of a motion containing the names

9   and addresses of the Defendant's.

10      Another copy was mailed to Office of County Counsel, 70 W.

11  Hedding, East Wing, 9th Floor, San Jose, Ca. 95110-1770 & Office

12

13  of the City Att. 200 East Santa Clara Street, 16th floor, San

14  Jose, Ca. 95113-3131.

15

16

17

18

19

20

21  Respectfully submitted,

22

23

24

        4/11/2011
25

26  _____          NAME (Plaintiff, Pro-Se)
    DATE
27

28                              (2)