IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY D. EASLEY, | CASE NO. 5:10-cv-05635 EJD |
| Plaintiff(s), | **ORDER VACATING INTERIM CASE MANAGEMENT CONFERENCE** |
| v. | |
| COUNTY OF SANTA CLARA, et. al., | |
| Defendant(s). | |

Having reviewed the parties' Joint Interim Case Management Statement (see Docket Item No. 81), the court finds that a Case Management Conference is unnecessary at this time. Accordingly, the Interim Case Management Conference scheduled for May 11, 2012, is VACATED. The parties shall comply with the Case Management Order issued December 12, 2012. See Docket Item No. 74.

**IT IS SO ORDERED.**

Dated: May 8, 2012

EDWARD J. DAVILA
United States District Judge