**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                   IN THE UNITED STATES DISTRICT COURT
8                FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                          SAN JOSE DIVISION
10   GARY D. EASLEY,                    CASE NO. 5:10-cv-05635 EJD
11                                      **ORDER VACATING INTERIM CASE**
                     Plaintiff(s),      **MANAGEMENT CONFERENCE**
12       v.
13   COUNTY OF SANTA CLARA, et. al.,
14
                     Defendant(s).
15   _____/
16          Having reviewed the parties' Joint Interim Case Management Statement (see Docket Item

17   No. 81), the court finds that a Case Management Conference is unnecessary at this time.

18   Accordingly, the Interim Case Management Conference scheduled for May 11, 2012, is VACATED.

19   The parties shall comply with the Case Management Order issued December 12, 2012.  See Docket

20   Item No. 74.

21   **IT IS SO ORDERED.**

22

23   Dated:  May 8, 2012

24                                          EDWARD J. DAVILA
                                            United States District Judge
25

26

27

28

                                            1
CASE NO. 5:10-cv-05635 EJD
ORDER VACATING INTERIM CASE MANAGEMENT CONFERENCE